| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ROSA HARRIS, §
　　　　　§
　　　Plaintiff, §
　　　　　§
versus §　CIVIL ACTION NO. 1:07-CV-259
　　　　　§
ALLSTATE TEXAS LLOYD'S, §
　　　　　§
　　　Defendant. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on May 4, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court remand this case to the 136th Judicial District Court of Jefferson County, Texas.

The magistrate judge's report is hereby **ADOPTED**. This case is **REMANDED** to the 136th Judicial District Court of Jefferson County, Texas. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 1st day of June, 2007.

　　　　　　　　　　　　　　　　　*Marcia A. Crone*
　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE